BEFORE THE SECOND DIVISION, MARCH 3, 1955

**No. 58794.**—Gen. Mtrs. Overseas Operations and Baker, Irons & Dockstader, Inc. *v.* United States, protest 212086–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of 2-watt carbon resistors, composed in chief value of metal, used chiefly as parts of radio apparatus, instruments, or devices, the same in all material respects as those the subject of Abstract 57879, the claim of the plaintiffs was sustained.

**No. 58795.**—Fabrikant Steel Products, Inc. *v.* United States, protest 224253–K (New York).

Opinion by LAWRENCE, J.   It was stipulated that the merchandise consists of alloy steel bars; that such bars are articles of which the component material in chief value is metal, other than ores or concentrates, or crude metal; that such bars were imported to be used in remanufacture by melting and have been so used; and that there had been compliance with the regulations prescribed by the Secretary of the Treasury, pursuant to Public Law 869, *supra.*   Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.